UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Scott R. Seelye,      Civil No. 06-2848 (RHK/RLE)

    Plaintiff,     **ORDER**

vs.

Randy Fisher, Sheriff and
John Doe, Deputy Sheriff,

    Defendants.

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after a de novo review of Defendants' Objections thereto, it is **ORDERED**:

1. Defendants' Objections (Doc. No. 45) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 39) is **ADOPTED**;

3. Plaintiff's Motion to Amend his Complaint (Doc. No. 17) is **GRANTED IN PART**, as more fully detailed in the text of the Report and Recommendation;

4. Defendants' Motion for Summary Judgment (Doc. No. 7) is **GRANTED**, but only as to the Plaintiff's Federal law claims;

5. Plaintiff's Motions to Compel Discovery, and to Preserve Evidence (Doc. Nos. 12, 13, and 23) are **DENIED**;

6. Plaintiff's Request for Compensation (Doc. No. 43) is **DENIED**; and

7. Plaintiff's State law claims are **REMANDED** to the State District Court for Washington County, from which it was removed.

Dated: March 29, 2007

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge